IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,                                        2:99-CR-0210-HDM-LRL

    vs.                                                    **ORDER**

ARTURO CARILLO,

    Defendant.

_____/

    The government's request to remit the fine (#134) in the above entitled case is granted.  In the interest of justice, the unpaid portion of the fine and assessment imposed against the defendant including interest and penalties is hereby remitted.

    It is so Ordered.

    Dated this 21st day of November, 2005.


_____
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26